UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| PENNY HAMMONDS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 2:10-cv-121 |
| v. | ) | Judge Mattice |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| *Defendant.* | ) | |

# ORDER

United States Magistrate Susan K. Lee filed her Report and Recommendation [Court Doc. 15] pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(a) on July 22, 2011. Plaintiff filed a timely Objection [Court Doc. 16].

The Court has reviewed *de novo* those portion of Magistrate Judge Lee's Report and Recommendation to which an objection has been made. Fed. R. Civ. Proc. 72(b). The Court finds that Plaintiff's objections raise no new arguments but are simply a reargument of issues previously raised on summary judgment which were fully addressed in the Report and Recommendation. The Court finds that further analysis of these same arguments would be merely cumulative and is unwarranted in light of Magistrate Judge Lee's well-reasoned and well-supported Report and Recommendation.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b). Plaintiff's Objection [Court Doc. 16] is **OVERRULED**. The Court further **ORDERS** that Plaintiff's Motion for Summary Judgment [Court Doc. 9] is **DENIED**, the Commissioner's Motion for Summary Judgment [Court Doc. 13] is **GRANTED**, and the Commissioner's

decision is **AFFIRMED**.

A separate Judgment will enter.

**SO ORDERED** this 2nd day of August, 2011.

                                          */s/Harry S. Mattice, Jr.*
                                        HARRY S. MATTICE, JR.
                                        UNITED STATES DISTRICT JUDGE